Before CLEVENGER, SCHALL, and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**In re Claude G. SUGG, Jr. and John A. Edmond**

No. 01–1338.

United States Court of Appeals, Federal Circuit.

June 14, 2001.

ON MOTION

ORDER

Upon consideration of Claude G. Sugg, Jr. and John A. Edmond's unopposed motion to voluntarily dismiss their appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

**MONSANTO COMPANY, Plaintiff–Appellant,**

v.

**Eugene STRATEMEYER, Defendant–Appellee.**

No. 01–1349.

United States Court of Appeals, Federal Circuit.

June 14, 2001.

ON MOTION

MICHEL, Circuit Judge.

ORDER

Eugene Stratemeyer moves to dismiss Monsanto Company's appeal. Monsanto responds.

The parties agree that Monsanto's appeal should be dismissed so that proceedings in the district court may continue.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.